## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

In accordance with Eleventh Circuit Rule 26.1-1, counsel certify that, in addition to the persons listed in the certificates of interested persons filed by the parties, the following persons (*amici curiae*, their parent corporations, publicly held corporations that own 10% or more of their stock, and their counsel) have an interest in the outcome of this case:

1. ABC, Inc.

2. Advance Publications, Inc.

3. American Society of News Editors

4. Association of Alternative Newsmedia

5. Association of American Publishers

6. Atlantic Media, Inc.

7. Bernstein, Richard A.

8. BlackRock, Inc. (BLK)

9. Bloom, Jonathan

10. Bloomberg L.P.

11. Broadcast Media Partners Holdings, Inc.

12. Brown, Bruce D.

13. Burke, Thomas

14. Canfield, Peter C.

15. Clark, Kalea S.

16. Comcast Corporation (CMCSA)

17. Conti, Jason P.

18. Covington & Burling LLP

19. Cox Enterprises, Inc.

20. Cox Media Group

21. Curley, Tom

22. Davis Wright Tremaine LLP

23. Dick, Anthony J.

24. Dow Jones & Company, Inc.

25. The Economist Newspaper Limited

26. Eddy-Dorn, Heidi

27. Feder, Eric J.

28. The Financial Times Limited

29. Fletcher, Heald & Hildreth, PLC

30. Forrest, Carolyn

31.    Fox Television Stations, LLC

32.    Freeman, George

33.    Gannett Company, Inc. (GCI)

34.    Georgia Press Association

35.    Goldberg, Kevin M.

36.    Goldstein, Jacob P.

37.    Grut, Oscar

38.    Handman, Laura

39.    Hart, Jonathan

40.    Hudson, David E.

41.    Hull Barrett

42.    Jones Day

43.    Kennedy, Jay

44.    Leslie, Gregg P.

45.    McCraw, David E.

46.    McLaughlin, James A.

47.    Media Law Resource Center

48.    Meredith Corporation (MDP)

49.    Messenger, Ashley

50.    Motion Picture Association of America, Inc.

51.    Nash Holdings LLC

52.    National Press Photographers Association

53.    National Public Radio, Inc.

54.    NBCUniversal Media, LLC

55.    New World Communications of Atlanta, Inc.

56.    The New York Times Company (NYT)

57.    News Corporation (NWSA and NWS)

58.    News Media Alliance

59.    Nguyen, Lan

60.    Online News Association

61.    Osterreicher, Mickey H.

62.    Pearson PLC (PSO)

63.    Pila, Joshua N.

64.    Ratner, Micah

65.    The Reporters Committee for Freedom of the Press

66.    Roth, Jacob M.

67.    Ruby Newco, LLC

68.    Sabin, Bermant & Gould LLP

69.  Satyendra, Indira

70.  Schary, Alison

71.  Shapiro, Randy L.

72.  Sheffner, Ben

73.  Suri, Vivek

74.  Twenty-First Century Fox, Inc. (FOX and FOXA)

75.  Univision Communications, Inc.

76.  Univision Holdings, Inc. (UVN)

77.  The Walt Disney Company (DIS)

78.  Weil, Gotshal & Manges LLP

79.  Weiner, Susan E.

80.  Wimmer, Kurt

81.  WP Company LLC

82.  Wyler, Artae

83.  Zucker, John

Dated:  August 8, 2017         */s/* Peter C. Canfield
                               Peter C. Canfield
                               *Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2017, I electronically filed the foregoing brief with the United States Court of Appeals for the Eleventh Circuit using the ECF system. All parties have consented to receive electronic service and will be served by the ECF system.


Dated:  October 24, 2017

/s/ Peter C. Canfield

Peter C. Canfield
*Counsel for Amici Curiae*